NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SMARTMETRIC INC.,**
*Plaintiff-Appellant,*

v.

**AMERICAN EXPRESS COMPANY,**
*Defendant-Appellee.*

---

2011-1473

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-9371, Judge Jacqueline H. Nguyen.

------------------------------------------------

---

**SMARTMETRIC INC.,**
*Plaintiff-Appellant,*

v.

**MASTERCARD INTERNATIONAL INCORPORATED,**
*Defendant-Appellee,*

AND

**VISA INC.,**

*Defendant-Appellee.*

---

2011-1497

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1864, Judge Jacqueline H. Nguyen.

---

## ON MOTION

---

## ORDER

SmartMetric, Inc. moves for a 21-day extension of time, until January 9, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 1 2011

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patrick F. Bright, Esq
    Peter J. Armenio, Esq.
    Gary A. Clark, Esq.
    Gregory A. Castanias, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK